Tuesday, April 28, 2015

No. 15–0518/AR.   James G. Donohue, Appellant v. Sean B. MacFarland, Lieutenant General, U.S. Army, in his official capacity as Convening Authority, and United States, Appellees.   CCA 20150200.   Notice is hereby given that a writ-appeal petition for review of the decision of the United States Army Court of Criminal Appeals on application for extraordinary relief in the nature of a writ of mandamus was filed electronically under Rule 27(b) on this date.